**Order entered August 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00537-CV

**JOSEPH ASHMORE, JR., ALLAN CLARK AND FINANCIAL RISK SPECIALISTS, INC., Appellants**

**V.**

**JMS CONSTRUCTION, INC. AND DAVID PERLEY, Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-13260**

## ORDER

We **GRANT** court reporter Stephanie S. Moses's August 6, 2015 request for extension of time to file the reporter's record and **ORDER** the record be filed no later than September 7, 2015.

/s/     CRAIG STODDART
          JUSTICE